UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 18-01567
JOE A. WEBBER, )
) Chapter: 13
) Honorable Donald R. Cassling
)
)
Debtor(s) )

## ORDER MODIFYING THE CHAPTER 13 PLAN TO INCREASE PLAN PAYMENT

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject mater and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED:

1) The Debtor's Chapter 13 plan is modified in Part 2.1 to increase the plan payment to $1,275.00, effective with the next plan payment due.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: June 28, 2018

**Prepared by:**

Christine H. Clar, ARDC #6202332
Attorney for Debtor
DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, IL 60090
847/520-8100
davidsiegelbk@gmail.com