**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-01567 |
| Joe A Webber | Chapter 13 |
| Debtor | Hon. Judge Donald R. Cassling |

**NOTICE OF MOTION OF SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE TO MODIFY AUTOMATIC STAY**

**VIA ELECTRONIC NOTICE:**

   David M Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090

   Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603

**VIA U.S. MAIL:**

   Joe A Webber, Debtor, 22942 Lakeshore Dr., Richton Park, IL 60471

PLEASE TAKE NOTICE that on April 24, 2020, we have electronically sent for filing with the Clerk of the U.S. Bankruptcy Court, a Motion of Specialized Loan Servicing, LLC as servicer for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-3, U.S. Bank National Association, as Trustee to Modify Automatic Stay, a copy of which is hereto attached.

Please take notice that on May 14, 2020 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R Cassling, in Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the attached *Motion of Specialized Loan Servicing, LLC as servicer for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-3, U.S. Bank National Association, as Trustee to Modify Automatic Stay,* which has been

electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby served upon you by electronic notice or U.S. Mail.

Dated: April 24, 2020    Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

### CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on April 24, 2020, before the hour of 5:00 p.m.

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Attorney for Movant

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

| | |
|---|---|
| In Re: | Case No. 18-01567 |
| Joe A Webber | Chapter 13 |
| Debtor | Hon. Judge Donald R. Cassling |

**MOTION OF SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RELIEF FROM STAY**

NOW COMES Specialized Loan Servicing, LLC as servicer for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-3, U.S. Bank National Association, as Trustee (hereinafter, "Movant"), a secured creditor herein, by and through its attorneys, the law firm of Sottile & Barile, LLC, moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Movant relief from the automatic stay and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. §§361, 362 and 363 of the United States Bankruptcy Code.

2. On November 23, 2005, the Debtor did execute a certain Note in the amount of $128,000.00 (Exhibit A), secured by a Mortgage on the property commonly known as 22942 SOUTH LAKESHORE DRIVE, RICHTON PARK, IL 60471 (Exhibit B).

3. On April 12, 2012, the Debtor entered into a Loan Modification Agreement effective May 1, 2012 (Exhibit C).

4. Enforcement of Movant's security interest has been stayed automatically by operation of 11 U.S.C. § 362 of the Bankruptcy Code upon Debtor's filing of this petition on January 19, 2018.

5. The Debtor's Modified Chapter 13 Plan was confirmed on March 8, 2018. Section C of the Modified Plan provides for the Debtor to make current monthly mortgage payments directly to Movant. Section E (5) of the Modified Plan provides for Movant to receive monthly disbursements from the Chapter 13 Trustee to cure the pre-petition arrearage claim.

6. As of April 22, 2020, there remains due and owing on the Note and Mortgage referenced in paragraph two hereof, the unpaid principal balance of $108,782.60.

7. The Debtor is delinquent on post-petition mortgage payments to Movant. As of February 1, 2020, the default was $2,865.62.

8. Continuation of the automatic stay will cause irreparable harm to Movant and will deprive it of the adequate protection to which it is entitled.

9. Specialized Loan Servicing LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage/Deed of Trust.

10. This Court has authority to order that Rule 4001(a)(3) is waived to the order entered in granting this motion, and Movant requests this Court so order.

**WHEREFORE**, Movant prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) modifying the automatic stay as to Movant, and for such other and further relief as this Court may deem just and proper.

Dated: April 24, 2020                                        Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-01567 |
| Joe A Webber | Chapter 13 |
| Debtor | Hon. Judge Donald R. Cassling |

**NOTICE OF MOTION OF SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE TO MODIFY AUTOMATIC STAY**

**VIA ELECTRONIC NOTICE:**

    David M Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090

    Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603

**VIA U.S. MAIL:**

    Joe A Webber, Debtor, 22942 Lakeshore Dr., Richton Park, IL 60471

PLEASE TAKE NOTICE that on April 30, 2020, we have electronically sent for filing with the Clerk of the U.S. Bankruptcy Court, a Motion of Specialized Loan Servicing, LLC as servicer for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-3, U.S. Bank National Association, as Trustee to Modify Automatic Stay, a copy of which is hereto attached.

Please take notice that on May 14, 2020 at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R Cassling, in Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and then and there present the attached *Motion of Specialized Loan Servicing, LLC as servicer for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-3, U.S. Bank National Association, as Trustee to Modify Automatic Stay,* which has been

electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby served upon you by electronic notice or U.S. Mail.

Dated: April 30, 2020                               Respectfully Submitted,

                                                                  /s/ Molly Slutsky Simons
                                                                  Molly Slutsky Simons (OH 0083702)
                                                                  Sottile & Barile, Attorneys at Law
                                                                  394 Wards Corner Road, Suite 180
                                                                  Loveland, OH 45140
                                                                  Phone: 513.444.4100
                                                                  Email: bankruptcy@sottileandbarile.com
                                                                  Attorney for Movant

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on April 30, 2020, before the hour of 5:00 p.m.

                                                                 /s/ Molly Slutsky Simons
                                                                 Molly Slutsky Simons (OH 0083702)
                                                                 Attorney for Movant

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-01567 |
| Joe A Webber | Chapter 13 |
| Debtor | Hon. Judge Donald R. Cassling |

**MOTION OF SPECIALIZED LOAN SERVICING, LLC AS SERVICER FOR CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., CSMC MORTGAGE-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-3, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RELIEF FROM STAY**

NOW COMES Specialized Loan Servicing, LLC as servicer for Credit Suisse First Boston Mortgage Securities Corp., CSMC Mortgage-Backed Pass-Through Certificates, Series 2006-3, U.S. Bank National Association, as Trustee (hereinafter, "Movant"), a secured creditor herein, by and through its attorneys, the law firm of Sottile & Barile, LLC, moves this Honorable Court pursuant to 11 U.S.C. §362(d) for an Order granting Movant relief from the automatic stay and in support thereof states as follows:

1. This Court has jurisdiction pursuant to 11 U.S.C. §§361, 362 and 363 of the United States Bankruptcy Code.

2. On November 23, 2005, the Debtor did execute a certain Note in the amount of $128,000.00 (Exhibit A), secured by a Mortgage on the property commonly known as 22942 SOUTH LAKESHORE DRIVE, RICHTON PARK, IL 60471 (Exhibit B).

3. On April 12, 2012, the Debtor entered into a Loan Modification Agreement effective May 1, 2012 (Exhibit C).

4. Enforcement of Movant's security interest has been stayed automatically by operation of 11 U.S.C. § 362 of the Bankruptcy Code upon Debtor's filing of this petition on January 19, 2018.

5. The Debtor's Modified Chapter 13 Plan was confirmed on March 8, 2018. Section C of the Modified Plan provides for the Debtor to make current monthly mortgage payments directly to Movant. Section E (5) of the Modified Plan provides for Movant to receive monthly disbursements from the Chapter 13 Trustee to cure the pre-petition arrearage claim.

6. As of April 22, 2020, there remains due and owing on the Note and Mortgage referenced in paragraph two hereof, the unpaid principal balance of $108,782.60.

7. The Debtor is delinquent on post-petition mortgage payments to Movant. As of February 1, 2020, the default was $2,865.62.

8. Continuation of the automatic stay will cause irreparable harm to Movant and will deprive it of the adequate protection to which it is entitled.

9. Specialized Loan Servicing LLC services the loan on the Property referenced in this Motion. In the event the automatic stay in this case is modified, this case dismisses, and/or the Debtor obtains a discharge and a foreclosure action is commenced on the mortgaged property, the foreclosure will be conducted in the name of Movant or Movant's successor or assignee. Movant, directly or through an agent, has possession of the Note. The Note is either made payable to Movant or has been duly endorsed. Movant is the original mortgagee or beneficiary or the assignee of the Mortgage/Deed of Trust.

10. This Court has authority to order that Rule 4001(a)(3) is waived to the order entered in granting this motion, and Movant requests this Court so order.

**WHEREFORE**, Movant prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) modifying the automatic stay as to Movant, and for such other and further relief as this Court may deem just and proper.

Dated: April 30, 2020                             Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant