| Creditor: | Specialized Loan Servicing LLC |
|---|---|
| Debtor: | Joa A. Webber |
| Case No.: | 18-01567 |
| Collateral: | 22942 South Lakeshore Drive, Richton Park, Illinois 60471 |

**PAYMENTS RECEIVED**

| | |
|---|---|
| Loan Status as of: | 4/22/2020 |
| Initial Due Date: | 2/1/2018 |

| Date Received | Amount Received | Due Date | Amount Due | NSF/Late Charges/Other | Paid Over/Short | Description |
|---|---|---|---|---|---|---|
|  | $ - | 2/1/2018 | $ 1,006.10 | $ - | $ (1,006.10) | Payment Accrued |
|  | $ - | 3/1/2018 | $ 1,006.10 | $ - | $ (1,006.10) | Payment Accrued |
| 3/29/2018 | $ 1,006.10 |  |  | $ - | $ 1,006.10 | Funds Received |
|  | $ - | 4/1/2018 | $ 1,006.10 | $ - | $ (1,006.10) | Payment Accrued |
| 4/25/2018 | $ 1,006.10 |  |  | $ - | $ 1,006.10 | Funds Received |
|  | $ - | 5/1/2018 | $ 1,006.10 | $ - | $ (1,006.10) | Payment Accrued |
| 5/24/2018 | $ 1,006.10 |  |  | $ - | $ 1,006.10 | Funds Received |
|  | $ - | 6/1/2018 | $ 1,006.10 | $ - | $ (1,006.10) | Payment Accrued |
| 6/19/2018 | $ 1,006.10 |  |  | $ - | $ 1,006.10 | Funds Received |
|  | $ - | 7/1/2018 | $ 1,006.10 | $ - | $ (1,006.10) | Payment Accrued |
| 7/19/2018 | $ 1,006.00 |  |  | $ - | $ 1,006.00 | Funds Received |
|  | $ - | 8/1/2018 | $ 1,006.10 | $ - | $ (1,006.10) | Payment Accrued |
| 8/14/2018 | $ 1,006.10 |  |  | $ - | $ 1,006.10 | Funds Received |
|  | $ - | 9/1/2018 | $ 1,006.10 | $ - | $ (1,006.10) | Payment Accrued |
| 9/11/2018 | $ 1,006.00 |  |  | $ - | $ 1,006.00 | Funds Received |
|  | $ - | 10/1/2018 | $ 1,006.10 | $ - | $ (1,006.10) | Payment Accrued |
| 10/18/2018 | $ 1,006.00 |  |  | $ - | $ 1,006.00 | Funds Received |
|  | $ - | 11/1/2018 | $ 995.43 | $ - | $ (995.43) | Payment Accrued |
| 11/13/2018 | $ 1,000.00 |  |  | $ - | $ 1,000.00 | Funds Received |
|  | $ - | 12/1/2018 | $ 995.43 | $ - | $ (995.43) | Payment Accrued |
| 12/28/2018 | $ 1,006.00 |  |  | $ - | $ 1,006.00 | Funds Received |
|  | $ - | 1/1/2019 | $ 995.43 | $ - | $ (995.43) | Payment Accrued |
| 1/23/2019 | $ 1,006.00 |  |  | $ - | $ 1,006.00 | Funds Received |
|  | $ - | 2/1/2019 | $ 995.43 | $ - | $ (995.43) | Payment Accrued |
| 2/22/2019 | $ 1,006.00 |  |  | $ - | $ 1,006.00 | Funds Received |
|  | $ - | 3/1/2019 | $ 995.43 | $ - | $ (995.43) | Payment Accrued |
| 3/20/2019 | $ 1,006.00 |  |  | $ - | $ 1,006.00 | Funds Received |
|  | $ - | 4/1/2019 | $ 995.43 | $ - | $ (995.43) | Payment Accrued |
| 4/22/2019 | $ 1,006.00 |  |  | $ - | $ 1,006.00 | Funds Received |
|  | $ - | 5/1/2019 | $ 995.97 | $ - | $ (995.97) | Payment Accrued |
| 5/21/2019 | $ 1,006.00 |  |  | $ - | $ 1,006.00 | Funds Received |
|  | $ - | 6/1/2019 | $ 995.97 | $ - | $ (995.97) | Payment Accrued |
| 6/24/2019 | $ 1,006.00 |  |  | $ - | $ 1,006.00 | Funds Received |
|  | $ - | 7/1/2019 | $ 995.97 | $ - | $ (995.97) | Payment Accrued |
| 7/31/2019 | $ 1,006.00 |  |  | $ - | $ 1,006.00 | Funds Received |
|  | $ - | 8/1/2019 | $ 995.97 | $ - | $ (995.97) | Payment Accrued |
|  | $ - | 9/1/2019 | $ 995.97 | $ - | $ (995.97) | Payment Accrued |
| 9/4/2019 | $ 1,006.00 |  |  | $ - | $ 1,006.00 | Funds Received |
|  | $ - | 10/1/2019 | $ 995.97 | $ - | $ (995.97) | Payment Accrued |
| 10/7/2019 | $ 1,006.00 |  |  | $ - | $ 1,006.00 | Funds Received |
|  | $ - | 11/1/2019 | $ 995.97 | $ - | $ (995.97) | Payment Accrued |
| 11/6/2019 | $ 1,006.00 |  |  | $ - | $ 1,006.00 | Funds Received |
|  | $ - | 12/1/2019 | $ 995.97 | $ - | $ (995.97) | Payment Accrued |
| 12/3/2019 | $ 1,006.00 |  |  | $ - | $ 1,006.00 | Funds Received |
|  | $ - | 1/1/2020 | $ 995.97 | $ - | $ (995.97) | Payment Accrued |
| 1/2/2020 | $ 1,000.00 |  |  | $ - | $ 1,000.00 | Funds Received |
|  | $ - | 2/1/2020 | $ 995.97 | $ - | $ (995.97) | Payment Accrued |
| 2/4/2020 | $ 997.00 |  |  | $ - | $ 997.00 | Funds Received |
|  | $ - | 3/1/2020 | $ 995.97 | $ - | $ (995.97) | Payment Accrued |
| 3/9/2020 | $ 996.00 |  |  | $ - | $ 996.00 | Funds Received |
|  | $ - | 4/1/2020 | $ 995.97 | $ - | $ (995.97) | Payment Accrued |

| | Total: | $ 24,113.50 | | $ 26,979.12 | $ - | $ (2,865.62) |
|---|---|---|---|---|---|---|

| Delinquent Payments | | Days Delinquent: | | 81 | | |
|---|---|---|---|---|---|---|
| Month Due | P&I Due | | Escrow Due | | Stip Due | Total Due |
| 2/1/2020 | $ | 482.25 | $ | 513.72 | $ - | $ 995.97 |
| 3/1/2020 | $ | 482.25 | $ | 513.72 | $ - | $ 995.97 |
| 4/1/2020 | $ | 482.25 | $ | 513.72 | $ - | $ 995.97 |
| Delinquency | | | | | | $ 2,987.91 |
| Less Suspense | | | | | | $ 122.29 |
| Total Delinquency | | | | | | $ 2,865.62 |